[No. 6,593.—Department One.]

## W. C. SHELDON v. G. W. GUNN.

AMENDMENT OF RECORD—A judgment was actually entered July 11th, 1878, and the roll was filed same day, but the original entry purported to show that the former act was done September 1st, 1877, and the latter October 4th, 1877; on November 15th, 1878, a motion was made to correct the record by inserting the true dates; *held*, that the motion was properly granted, although made after the expiration of the term in which the judgment was entered.

APPEAL from an order made after judgment, in the Sixth District Court, Sacramento County. REED, J.

The judgment was actually entered July 11th, 1878, and the roll was filed same day, but the original entry purported to show that the former act was done September 1st, 1877, and the latter October 4th, 1877; on November 15th, 1878, after the term, the plaintiff made a motion to correct the record by inserting the true dates; the motion was granted. The defendant appealed from the order.

*H. O. Beatty, A. C. Freeman, John T. Cary,* and *J. W. Armstrong,* for Appellant.

*A. P. Catlin,* and *S. M. Wilson,* for Respondent.

The COURT:

This is an appeal from an order of the Court below, allowing its records to be amended so as to make them " speak the truth."

It satisfactorily appears from the evidence that the records were erroneous in certain particulars, and those errors were corrected by the Court on motion of the respondents. In our opinion, the Court acted properly, and within its authority, in directing the corrections to be made. (*Rousset* v. *Boyle,* 45 Cal. 64; *McLeran* v. *McNamara,* 55 id. 508.)